**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| RUDOLPH CHAVEZ,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ENHANCED RECOVERY CORPORATION,<br><br>　　　　　Defendant. | Case No.: 2:09-cv-00843-JWS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice.

DATED this 26th day of February 2010.


　　　　　　　　　　　　　　　/s/  JOHN W. SEDWICK
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE